# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott Ballentine, individually and on behalf of all others similarly situated, and similarly Aggrieved Employees,<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>TESTEQUITY LLC and DOES 1 to 10, inclusive,<br><br>　　　Defendants. | Case No. 2:24-cv-03270-SRM-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE [22]** |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class and aggrieved employees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: March 17, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Serena R. Murillo
　　　　　　　　　　　　　　　　United States District Judge